UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  : | Chapter 7 |
| BRUCE BRYEN,  : | |
| Debtor  : | Bky. No. 04-10868ELF |
| BRUCE BRYEN,  : | |
| Plaintiff,  : | |
| v.  : | |
| UNITED STATES OF AMERICA,  : | |
| Defendant  : | Adv. No. 08-012 |

## ORDER

AND NOW, after a two-day trial and consideration of the parties' post-trial memoranda, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the Debtor's debt for federal income taxes owed to the United States, Internal Revenue Service for the 1980 and 1982 through 1988 tax years is **DETERMINED NONDISCHARGEABLE** pursuant to 11 U.S.C. § 523(a)(1)(C).

Date: August 13, 2010

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE